IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

R.A.P.S.,                                    )
                                             )
                    Petitioner,              )
                                             )
          v.                                 )
Warden, IRWIN DETENTION                      )    Case No. 7:26-cv-62-WLS-AGH 28 U.S.C
CENTER, *et al.*,                            )              § 2241
                                             )
                    Respondents.             )
                                             )
                                             )    **PLAINTIFF'S NOTICE OF VOLUNTARY**
                                             )              **DISMISSAL**
                                             )
                                             )

## INTRODUCTION

**COMES NOW**, Petitioner, Roger Alejandro Perez Salmeron (hereinafter "Petitioner"), through undersigned Counsel, before this Court, and hereby takes a VOLUNTARY DISMISSAL of his action, pursuant to Fed. R. Civ. P. 41(a)(A)(i).

Petitioner filed this habeas action seeking, among other relief, an order requiring Respondents to provide a constitutionally adequate custody/bond hearing. Because the requested relief has been obtained, this action is moot; therefore, Petitioner voluntarily dismisses this action without prejudice.

SO ORDERED this 13th day
of April, 2026.

W. Louis Sands, Sr. Judge
United States District Court

DATED, this 8th day of April, 2026.

*/S/ Carnell Johnson*
**Johnson & Nicholson, PLLC**
Carnell Johnson
Attorney for Plaintiff
Johnson & Nicholson, PLLC
5806 Monroe Road, Suite #102
Charlotte, North Carolina 28212
Tel: (704) 375-1911
Fax: (704) 375-1919
Email: cj@johnnichlaw.com