IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ROGER ALEJANDRO PEREZ SALMERON,  *

           Petitioner,  *

v.                                        Case No. 7:26-cv-62 (WLS-AGH)

                               *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,  *

           Respondents.  *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated April 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of April, 2026.

                          David W. Bunt, Clerk


                          s/ Katie Logsdon, Deputy Clerk